HAGGARD et al. v. WAVERLY PUB. CO.

.(Circuit Court, D. New Jersey.    January 30, 1895.)

COPYRIGHT—SUIT FOR INFRINGEMENT—COPYRIGHT NOTICE IN FOREIGN PUBLICATIONS.

   A bill for infringement of copyright of a book *held* good on demurrer, although it failed to allege that the copyright notice required by Rev. St. 4962, had been printed in all editions of the book published in foreign countries; the question of the effect of such omission on the rights of complainant being reserved for determination after full hearing on the facts.

   [Ed. Note.—Dedication to public or abandonment of copyright, see note to Werckmeister v. Lithographic Co., 69 C. C. A. 563.]

In Equity.   Sur demurrer to bill.

This was a suit in equity by the author and authorized publisher for infringement of copyright of the book "Mada the Lily."   A demurrer was filed on the principal ground that the bill did not allege that notice of the United States copyright had been printed in all editions of the book issued in countries other than the United States, and did not, therefore, show a compliance with Rev. St. § 4962, which entitled complainants to maintain the suit.

ACHESON, Circuit Judge.   The third specified ground of demurrer is mainly relied on.   Whether the averments with respect to compliance with section 4962, Rev. St. U. S., are full enough, is a close

question; but I incline to the opinion that the facts alleged in the bill show a prima facie right to relief, and I resolve the doubt against the demurrant. This case, it would seem, involves important questions, which ought not to be passed on or discussed in the present condition of the record. The demurrer will be overruled, with leave to the defendant to plead or answer within 30 days. And it is so ordered.